UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL DOCKET NO. 1:24-CR-260-02 |
| VERSUS | DISTRICT JUDGE DRELL |
| BYRON XAVIER WHITEHEAD, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Motion for Review and Revocation of a Release Order (ECF No. 39) filed by the United States of America be GRANTED.

IT IS FURTHER ORDERED that Byron Xavier Whitehead be detained pending trial.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this _10th_ day of September 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT